DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SAM AMBAR A/K/A SHIMSHON J. AMBAR,

Appellant,

v.

LAKEVIEW LOAN SERVICING, LLC; BLANCA M. ALZATE; LAKE
WILSON PRESERVE HOMEOWNERS ASSOCIATION, INC. A NOT
FOR PROFIT CORPORATION; AND ALL UNKNOWN PARTIES
CLAMING BY, THROUGH, UNDER, OR AGAINST THE HEREIN
NAMED INDIVIDUAL DEFENDANT(S) WHO ARE NOT KNOWN TO
BE DEAD OR ALIVE, WHEATHER SAID UNKNOWN PARTIES MAY
CLAIM AN INTEREST AS SPOUSES, HEIRS, DEVISEES,
GRANTEES, OR OTHER CLAIMANTS,

Appellees.

_____

No. 2D20-2090

_____

September 1, 2021

Appeal from the Circuit Court for Polk County; Steven L. Selph,
Judge.

Sam Ambar a/k/a Shimshon J. Ambar, pro se.

Zachary Ullman, Julia Poletti, and Jennifer Travieso of Aldridge|
Pite, LLP, Delray Beach, for Appellee Lakeview Loan Servicing, LLC.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

MORRIS, C.J., and SILBERMAN and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.